239 So.2d 355

**C. Bickham DICKSON, Jr. et al.**

**v.**

**J. E. SANDEFUR et al.**

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 356

**Elijah ALFRED**

**v.**

**Delores Marie ALFRED.**

No. 50792.

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.